# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| Brenda Perez, | JUDGMENT IN CASE |
| Plaintiff(s), | 3:18-cv-00107-GCM |
| vs. | |
| Steve Humphries<br>Keith Blanton<br>Julius LNU<br>John LNU<br>American and Efird<br>Tammy Godfrey,<br>Defendant(s). | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 1, 2018 Order.

October 1, 2018

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court